## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-07410 |
| | ) | |
| COLLECTORS TRAINING INSTITUTE OF | ) | Chapter 7 |
| ILLINOIS, INC., | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | Hearing Date:    April 22, 2014 |
| | ) | Hearing Time:    9:30 a.m. |
| | ) | Courtroom:       642 |

### AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on April 22, 2014, at 9:30 a.m., I shall appear before the Honorable A. Benjamin Goldgar, or such other judge as may be sitting in his stead, in Courtroom 642 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Amended First And Final Application for Compensation and Reimbursement of Expenses of Michael L. Weissman, as Special Counsel to Frances Gecker, Chapter 7 Trustee of the Estate of Collectors Training Institute of Illinois, Inc.**

Dated:  March 27, 2014

Respectfully submitted,


_____/s/ Michael L. Weissman_____
Special Counsel for
FRANCES GECKER, not individually, but as Chapter 7
Trustee of the ESTATE OF COLLECTORS TRAINING
INSTITUTE OF ILLINOIS, INC.

Michael L. Weissman (IL ARDC #2974630)
Levin & Ginsburg, Ltd.
180 North LaSalle Street, Suite 3200
Chicago, IL  60601-2800
PH:    (312) 368-0100
FAX:  (312) 368-0111

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-07410 |
| | ) | |
| COLLECTORS TRAINING INSTITUTE OF | ) | Chapter 7 |
| ILLINOIS, INC., | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | Hearing Date:   April 22, 2014 |
| | ) | Hearing Time:   9:30 a.m. |
| | ) | Courtroom:      642 |

## AMENDED
## FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL L. WEISSMAN, AS SPECIAL COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE ESTATE OF COLLECTORS TRAINING INSTITUTE OF ILLINOIS, INC.

MICHAEL L. WEISSMAN, requests an award of first and final compensation of $15,512.50 and expenses of $-0- for the time period from June 7, 2013 through February 20, 2014 (the "Compensation Period"). A detailed itemization of time spent for the Estate that identifies by subject matter the services performed by the Applicant is included. Applicant's hourly rate is reflected in the itemization.  In addition, an Affidavit pursuant to Bankruptcy Rule 2016 is attached.

## INTRODUCTION

This Court has jurisdiction over this Amended First and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328 and 330 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Applicant has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Applicant's law firm, or (b) any compensation another person or party has received or may receive in this case.

## GENERAL

The Debtor filed a petition under Chapter 11 on or about February 27, 2011. The proceedings were converted to one under Chapter 7 on or about October 6, 2011. Frances F. Gecker, was subsequently appointed Trustee. The Trustee was authorized to operate the Debtor's business pursuant to 11 U.S.C. 721 with the objective of ultimately selling the Debtor's assets to members of Debtor's former management. In order to do so, members of Debtor's former management organized a new business entity and, at the direction of the Trustee, sought to obtain a license from the State of Illinois. The license application was contested by the Illinois Department of Financial and Professional Regulation. Thereupon the Trustee sought, and obtained, authority to retain Applicant as Special Counsel for the Estate in litigation with the Illinois Department of Financial and Professional Regulation. On September 4, 2013, *nunc pro tunc* June 7, 2013, Michael L. Weissman was approved by the Court as Special Counsel for the Trustee. A copy of the Order is attached hereto as Exhibit A. Reflected in this Application for Compensation is the Applicant's time in proceedings before the Illinois Department of Financial and Professional Regulation related to the procurement of a collection agency license. Procuring the license was a prerequisite to the Trustee's plan to sell the assets of the debtor to certain of its former owners and employees.

## COMPENSATION APPLICATION

The fees sought by this Amended First and Final Fee Application reflect an aggregate of 36.5 hours of Applicant's time spent and recorded in performing services during the Compensation Period. The hourly rate that is charged is commensurate with the rate Applicant charges for non-bankruptcy work. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by Applicant. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of the issues involved, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

Applicant has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

Applicant has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the Firm with which he is associated as Of Counsel, or (b) any compensation another person or party has received or may receive. No promises have been received by Applicant as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

Exhibit C attached hereto is a complete summary of all time expended by Applicant. Applicant has also broken down all the time charges by category to assist the Court in reviewing this Application.

## BREAKDOWN BY CATEGORIES

The categories in this Application are listed below:

**BILLING**

The Applicant has spent 1.2 hours in the preparation of this fee Application.

Cost                $637.50

A recap of compensation sought for this category is as follows:

|              | **Hours** | **Rate** | **Amount** |
|--------------|-----------|----------|------------|
| M. Weissman  | 1.5       | $425.00  | $637.50    |

## PREPARATION FOR, AND PREPARING OF, PLEADINGS

The Applicant has spent 12.3 hours in preparation for, and preparing, pleadings for the case pending before the Illinois Department of Financial and Professional Regulation.

Cost                $5,227.50

A recap of compensation sought for this category is as follows:

|              | **Hours** | **Rate** | **Amount** |
|--------------|-----------|----------|------------|
| M. Weissman  | 12.3      | $425.00  | $5,227.50  |

**Time Entries**

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 06/07/13 | Receipt and review of Notice of Intent to Deny Licensure issued by the Illinois Department of Financial and Professional Regulation in No. 201304635; | MLW | 0.30 | 127.50 |
| 06/18/13 | Worked on Applicant's Answer to Notice of Intent to Deny Licensure; | MLW | 0.50 | 212.50 |
| 06/18/13 | Began draft of Sworn Statement of W. Leggett to be attached to Applicant's Answer to Notice of Intent to Deny Licensure; | MLW | 1.00 | 425.00 |
| 06/26/13 | Received and reviewed documents in connection with Chapter 11 proceeding in the United States Bankruptcy Court for the Northern District of Illinois Docket No. 11-07410 needed to prepare Answer including | MLW | 2.00 | 850.00 |

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| | Stipulation and Order entered in February 2013 settling claim of Bank of America for $350,000 and providing for payment thereof by the Chapter 7 Trustee, Frances Gecker, Order entered on February 27, 2013 by United States Bankruptcy Judge A. Benjamin Goldgar approving settlement with Bank of America, Purchase and Sale Agreement dated February, 2013 by and between CTI Collection Services, II, LLC and Frances Gecker as Chapter 7 Trustee., Motion filed June 14, 2013 by Frances Gecker, Chapter 7 Trustee, seeking leave to continue to operate the business of Collectors Training Institute of Illinois, Inc. in Chapter 7, Order entered June 26, 2013 by United States Bankruptcy Judge A. Benjamin Goldgar authorizing Frances Gecker to continue to operate the business of Collectors Training Institute of Illinois, Inc. through October 26, 2013; | | | |
| 07/08/13 | Reviewed Title 38 of the Illinois Administrative Code; | MLW | 0.30 | 127.50 |
| 07/08/13 | Prepared draft of Applicant's Answer to Notice of Intent to Deny Licensure; | MLW | 0.50 | 212.50 |
| 07/08/13 | Forwarded draft of Applicant's Answer to Notice of Intent to Deny Licensure to W. Leggett for review and comment; | MLW | 0.30 | 127.50 |
| 07/08/13 | Prepared Notice of Filing of Applicant's Answer to Notice of Intent to Deny Licensure; | MLW | 0.40 | 170.00 |
| 07/12/13 | At Illinois Department of Financial and Professional Regulation to file Applicant's Answer to Notice of Intent to deny Licensure; | MLW | 0.40 | 170.00 |
| 10/25/13 | Receipt and review of the Department's Amended Notice of Intent to Deny Licensure; | MLW | 0.40 | 170.00 |
| 10/28/13 | Further review of the Department's Amended Notice of Intent to Deny Licensure and exhibits; | MLW | 0.60 | 255.00 |
| 10/29/13 | Forwarded Amended Notice to W. Leggett with comments on additional documents needed to frame Reply; | MLW | 0.40 | 170.00 |
| 11/11/13 | Receipt and review of document from Connecticut Banking Commission needed to prepare reply to Department's Amended Notice of Intent to Deny Licensure; | MLW | 0.40 | 170.00 |
| 11/11/13 | Prepared draft of Reply to the Department's Amended Notice of Intent to Deny Licensure; | MLW | 3.50 | 1,487.50 |

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 11/19/13 | Receipt and review of Settlement Agreement reached with Insurance Commissioner in North Carolina; | MLW | 0.40 | 170.00 |
| 11/19/13 | Completed draft of Reply to Amended Notice to Deny Licensure; | MLW | 0.50 | 212.50 |
| 11/25/13 | Completed Applicant's Reply to Amended Notice of Intent to Deny Licensure; | MLW | 0.20 | 85.00 |
| 11/25/13 | Filed Applicant's Reply with the Clerk of Court; | MLW | 0.20 | 85.00 |

## DISCOVERY COMPLIANCE

Applicant has spent 7.0 hours in preparation for, and in complying with, discovery requests promulgated by the Illinois Department of Financial and Professional Regulation and in preparing and serving discovery requests upon the Illinois Department of Financial and Professional Regulation.

Cost                    $2,975.00

A recap of compensation sought for this category is as follows:

|  | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Weissman | 7.0 | $425.00 | $2,975.00 |

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 08/27/13 | Telephone conference with D. Para, attorney for the Illinois Department of Financial and Professional Regulation re: extension of time for Applicant's compliance with discovery request; | MLW | 0.30 | 127.50 |
| 08/27/13 | Telephone conferences with W. Leggett and L. Upshaw re: extension of time for discovery compliance and designation of documents to be produced and parties to be listed as potential witnesses; | MLW | 1.50 | 637.50 |
| 08/28/13 | Began work on draft of Applicant's Discovery Response and Notice of Filing and forwarded same to W. Leggett and M. Krohn for comment and review; | MLW | 1.50 | 637.50 |
| 08/29/13 | Continued work on draft of Applicant's Response to Discovery and Notice of Filing; | MLW | 1.30 | 552.50 |
| 09/26/13 | Correspondence with W. Leggett and M. Krohn re: discovery compliance and preparation of business plan; | MLW | 0.30 | 127.50 |

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 09/27/13 | Receipt and review of Business Plan forwarded by W. Leggett to be included in discovery compliance; | MLW | 0.50 | 212.50 |
| 09/27/13 | Assembled documents to be submitted to Illinois Department of Business and Financial Regulation as discovery compliance; | MLW | 0.50 | 212.50 |
| 09/27/13 | Prepared Notice of Filing and Schedule of Compliance Materials; | MLW | 0.40 | 170.00 |
| 09/30/13 | Filed Applicant's discovery compliance with the Illinois Department of Financial and Professional Regulation; | MLW | 0.40 | 170.00 |
| 10/25/13 | Prepared and filed Notice of Filing of Discovery compliance and Appearance; | MLW | 0.30 | 127.50 |

## COURT APPEARANCES

Applicant has spent 6.7 hours in appearance before the Administrative Law Judge in the proceedings with the Illinois Department of Financial and Professional Regulation and in a pre-trial conference.

Cost                    $2,847.50

A recap of compensation sought for this category is as follows:

|              | **Hours** | **Rate**   | **Amount**   |
|--------------|-----------|------------|--------------|
| M. Weissman  | 6.7       | $425.00    | $2,847.50    |

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 07/12/13 | Preparations for appearance before Administrative Law Judge on status hearing; | MLW | 0.40 | 170.00 |
| 07/29/13 | Appeared before Administrative Law Judge for the Illinois Department of Financial and Professional Regulation for status hearing and for entry of order setting discovery schedule; | MLW | 0.60 | 255.00 |
| 08/08/13 | Attended pre-trial conference with W. Leggett, D. Para and her Administrative Assistant, and member of the Board of the Illinois Department of Financial and Professional | MLW | 2.70 | 1,147.50 |
| 08/08/13 | After recess of hearing received notice that no settlement of license dispute would be offered and that a full evidentiary hearing would be required and Illinois Department's discovery request; | MLW | 0.60 | 255.00 |

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 09/09/13 | Appeared before Administrative Law Judge for status hearing and for entry of order setting new date for Applicant's compliance with discovery and new status date; | MLW | 0.80 | 340.00 |
| 10/28/13 | Appearance before Administrative Law Judge for status report and for entry of order setting date for Response to Department's Amended Notice of Intent to Deny Licensure and next Status Date; | MLW | 0.50 | 212.50 |
| 12/10/13 | In court before Administrative Law Judge to arrange for entry of order setting new trial date; | MLW | 0.20 | 85.00 |
| 01/13/14 | In court before Administrative Law Judge on status call and to arrange for entry of order setting new status date; | MLW | 0.90 | 382.50 |

## CONFERENCES AND CORRESPONDENCE WITH TRUSTEE AND OTHER PARTIES

The Applicant has spent 9.0 hours in conferences and correspondence with the Trustee and her counsel, persons employed by the Trustee and members of the legal staff of the Illinois Department of Financial and Professional Regulation.

Cost                    $3,825.00

A recap of compensation sought for this category is as follows:

| | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Weissman | 9.0 | $425.00 | $3,825.00 |

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 06/07/13 | Telephone conference with W. Leggett re: Response to Notice of Intent to Deny Licensure; | MLW | 0.70 | 297.50 |
| 06/10/13 | Conference with W. Leggett and L. Upshaw in connection with preparation of Answer to Notice of Intent to Deny Licensure; | MLW | 0.90 | 382.50 |
| 06/21/13 | Telephone conference with W. Leggett to obtain information needed to prepare Sworn Statement to be attached to Applicant's Answer; | MLW | 0.90 | 382.50 |
| 07/08/13 | Telephone conference with W. Leggett re: draft of Answer to Notice of Intent to Deny Licensure; | MLW | 0.40 | 170.00 |
| 07/12/13 | Telephone conference with W. Leggett re: filing of Applicant's Answer to Notice of Intent to Deny Licensure; | MLW | 0.30 | 127.50 |
| 07/29/13 | Conference with D. Para, attorney for Illinois Department of Financial and Professional Regulation re: pre-trial conference; | MLW | 0.50 | 212.50 |

| Date | Services | Atty | Hours | Amount |
|------|----------|------|-------|--------|
| 07/29/13 | Conference with W. Leggett re: pre-trial conference requested by D. Para and preparation for pre-trial conference; | MLW | 0.50 | 212.50 |
| 08/28/13 | Telephone conference with M. Krohn of Chapter 7 Trustee's office re: decision of member of the Board of the Illinois Department of Financial and Professional regulation that full evidentiary hearing would be required; | MLW | 0.40 | 170.00 |
| 08/28/13 | Correspondence with W. Leggett re: additional data needed for discovery compliance; | MLW | 0.40 | 170.00 |
| 09/09/13 | Correspondence with W. Leggett re: Better Business Bureau complaint corrections and possible testimony by Better Business Bureau representative; | MLW | 0.30 | 127.50 |
| 09/26/13 | Extended telephone conference with W. Leggett and L. Upshaw re: discovery compliance; | MLW | 0.40 | 170.00 |
| 09/26/13 | Telephone conference with M. Krohn re: discovery compliance; | MLW | 0.30 | 127.50 |
| 10/04/13 | Telephone conference with M. Krohn re: discovery compliance and scheduled status hearing; | MLW | 0.30 | 127.50 |
| 10/24/13 | Telephone conference with D. Para, counsel for the Illinois Department of Financial and Professional Regulation, re: procedural matters; | MLW | 0.50 | 212.50 |
| 10/24/13 | Correspondence with W. Leggett re: scheduling of evidentiary hearing; | MLW | 0.40 | 170.00 |
| 10/25/13 | Forwarded Amended Notice to W. Leggett, L. Upshaw and M. Krohn with request for early conference call; | MLW | 0.30 | 127.50 |
| 10/28/13 | Telephone conference with W. Leggett re: documents needed to prepare Response to Amended Notice of Intent to Deny Licensure; | MLW | 0.50 | 212.50 |
| 11/11/13 | Telephone conference with W. Leggett to obtain information needed to prepare Reply; | MLW | 0.40 | 170.00 |
| 11/19/13 | Telephone conference with W. Leggett re: North Carolina Settlement Agreement; | MLW | 0.30 | 127.50 |
| 11/19/13 | Forwarded draft of Reply to W. Leggett and L. Upshaw for review; | MLW | 0.20 | 85.00 |
| 12/10/13 | Correspondence with W. Leggett re: new trial date; | MLW | 0.10 | 42.50 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate in connection with the administration of the Chapter 7 case and were in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. Applicant has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(l). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, Applicant respectfully submits that the services for which he seeks compensation in this Amended First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. Applicant further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by Applicant in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by Applicant were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Amended First and Final Fee Application and supporting exhibits, Applicant expended professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully monitored in view of the experience and expertise required for a particular task. Accordingly, approval of the compensation sought herein for the Compensation Period is warranted.

Attached hereto as Exhibit B is Applicant's personal resume indicating the professional expertise possessed by Applicant.

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, Applicant respectfully submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, this Amended First and Final Application for Compensation in the amount of $15,512.50 and expenses of $-0- should be allowed for services by Applicant during the period from June 7, 2013 through February 20, 2014, and the Trustee should be authorized and directed to pay the foregoing amount to Applicant out of the funds of the Estate.

Dated:  March 27, 2014

Respectfully submitted,

_____/s/ Michael L. Weissman_____
Special Counsel for
FRANCES GECKER, not individually, but as
Chapter 7 Trustee of the ESTATE OF
COLLECTORS TRAINING INSTITUTE OF
ILLINOIS, INC.

Michael L. Weissman (IL ARDC #2974630)
Levin & Ginsburg, Ltd.
180 North LaSalle Street, Suite 3200
Chicago, IL  60601-2800
PH:    (312) 368-0100
FAX:  (312) 368-0111

# EXHIBIT A

## ORDER OF EMPLOYMENT

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-07410 |
| COLLECTORS TRAINING INSTITUTE | ) | |
| OF ILLINOIS, INC., | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL**

THIS MATTER COMING ON TO BE HEARD upon the Motion of Frances Gecker, not individually but as Chapter 7 Trustee (the "Trustee") of the estate of Collectors Training Institute of Illinois, Inc. (the "Debtor") to Employ Special Counsel (the "Motion"); the Trustee having given due and proper notice of the Motion to all parties entitled thereto; the Court being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Trustee is authorized to employ Michael L. Weissman as her special counsel in this case, retroactive to June 7, 2013.

Enter:

**0 4 SEP 2013**

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**

Micah R. Krohn
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60654
(312) 276-1400 - telephone
(312) 276-0035 - facsimile
mkrohn@fgllp.com

Rev: 201100318_bko

**EXHIBIT B**

**PERSONAL RESUME**

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

**Michael L. Weissman**
**(Of Counsel)**
**Levin Ginsburg**
Tel: 312-368-0100
Fax: 312-368-0111
Email: **mweissman@lgattorneys.com**

**Practice Areas**

Business Law
Commercial Lending
Commercial Law
Real Estate and Commercial Loan Restructuring and Workouts
Banking Law

**Experience**

Michael Weissman's practice is devoted to financial and business transactions including the structuring of a wide variety of financing transactions. He has also actively prosecuted civil and bankruptcy matters on behalf of financial institutions and defended lender liability lawsuits. He has a wealth of experience in the legal and business aspects of secured and unsecured lending for all types of credit facilities. During his career, he has represented most of the major banks and commercial lenders in the Chicago area. Mike applies his significant experience so that financing transaction deals are closed at reasonable cost and value is added for both lender and borrower. He formerly served as Executive Vice President and General Counsel of the Bridgeview Bank Group and was a Partner at Foley & Lardner and at Holland & Knight.

Mike has frequently published articles in journals devoted to banking and commercial finance. Among them are: "A Creditor's Guide to Article 9 Compliance" in the April, 2007 *Illinois Bar Journal*, "Current Issues for Secured Lenders" in the March 2007 *Banking Law Journal*, "The Liability of a Bank for the Misconduct of its Officer" in the 2007 *Supplement to the Lexis Nexis treatise on Commercial Damages*, "Zoning In and Out of the Zone of Insolvency" in 2010 *Supplement to the Lexis Nexis treatise on Commercial Damages* and "Commercial Lending Developments in the US" in the March 2008 edition of *Financier Worldwide* magazine.

Mike's book titled *Commercial and Industrial Loan* Documentation was published by IICLE Press in January, 2012. Mike is also the author of the book *Lender Liability: How to Protect Yourself Against Unwarranted Lawsuits*, published by Executive Enterprise Publications Co., Inc. in 1988, and is a contributor to *The Banker's Guide to Multi-Bank Credits and Loan Participations*, published by Executive Enterprise Publications Co., Inc. in 1989. He is also the author of the chapter, "Commercial Loan Restructuring Agreements", which appeared in IICLE's book on *Illinois Business Documents* 1993, the author of the chapter, "The Secured Loan Agreement and the Guaranty", which appears in IICLE's book on *Illinois Business Documents* 1994, the author of the chapter, "Documenting Commercial Loans" in IICLE's book on *Illinois Business Documents* 1995 and the author of the chapter, "Guaranties" in IICLE's 2001 book on *Secured Transactions* and the 2009 Supplement. He is currently a member of the

board of editors of Matthew Bender's treatise on *Commercial Damages*, having written Chapters 7 and 8 and a member of the Editorial Board of The RMA Journal.

Mike currently authors a column titled "Tales of Whoa!" for *The RMA Journal* and writes "Flashpoints", a monthly internet column on recent developments of interest to financial services attorneys for the Illinois Institute on Continuing Legal Education with a circulation of 1,250 subscribers. He writes for the Commercial Insights publication of the American Bankers Association.

Mike presents seminars called "Documenting Commercial Loans: Doing It Right!" in the Master Teachers series of the Illinois Institute for Continuing Legal Education. In addition, he frequently conducts in-house training programs for major financial institutions throughout the country and has served as an Adjunct Professor at The John Marshall Law School teaching Secured Transactions. He also teaches commercial loan documentation and mortgage lending seminars in the Mentor program of the Risk Management Association. He created a course on Commercial and Industrial Loan Documentation for the Risk Management Association. He has also served as a consultant to UCC Plus Division of Fidelity Financial. He has presented seminars and webinars for the Illinois Banker's Association and has spoken at a number of its Annual Bank Counsel Institutes and at the Association's Annual Conventions. He has worked with the Risk Management Association to develop webbased programs on Article 9 of the UCC and on Commercial Loan Documentation and has presented webinars on UCC compliance for First Corporate Solutions and Infinity Professional Services Group. He has also spoken at the Texas Certified Public Accountants Annual Education Programs, the Annual Credit Conference of the Wyoming Bankers Association and at the Annual Attorneys' Conference of the Illinois Credit Union League.

Mike is a member of the Committee on Commercial Financial Service of the ABA's Section on Business Law; a former director of the Association of Commercial Finance Attorneys; a former vice chairman of the Bank Counsel Committee of the Illinois Bankers Association; a director, member of the Executive Committee and past chairman of the Illinois Institute for Continuing Legal Education; and former chairman of the Banking Group at the Union League Club of Chicago. He serves on the Section Council for Commercial Banking of the Illinois Bar Association.

**Education**

Mike received his Bachelor of Science degree in economics from Northwestern University, received his M.B.A. from the Wharton Graduate Division of the University of Pennsylvania, and was a Fulbright Scholar at the University of Sydney Faculty of Law, Sydney, Australia, and earned his J.D. from the Harvard Law School. He served on the City of Chicago Sister Cities outreach in Cochabamba, Bolivia. He has received Fulbright Senior Specialists Awards to lecture at the School of Business Administration Turiba in Riga, Latvia and at the National University in Vientiane, Laos. He has also served in Capetown, South Africa in the American Bar Association's team teaching program for South Africa's Black Lawyers' Association, and as a lecturer for the International Law Institute's African Centre for Legal Excellence in Zanzibar, Tanzania.

**Courts and Bar Admissions**

**Court**
Illinois Supreme Court
U.S. District Court, Northern District of Illinois
United States Court of Appeals for the Seventh Circuit
United States Supreme Court

**Bar**
Illinois

**Personal**

A Chicago native, Mike has served the legal profession with a thirteen-year tenure on the Board
of the Illinois Institute for Continuing Legal Education, and by teaching law students and other
lawyers and writing articles for local, national and international publications.

## EXHIBIT C

## FULL SUMMARY OF TIME CHARGES

2/24/2014 11:21:10 AM                    **Pre-Billing Report**                                      Page 1
                                      **Client Information Section**

Billing Atty:      MLW       Michael L. Weissman                              Client Trust Balance:        0.00
Client Code:       53064                                                      Client Prepaid Balance:      0.00
Client Name:       FRANCES GECKER, TRUSTEE FOR
Billing Address:   CTI COLLECTION SERVICES  II, LLC
                   Frank/Gecker LLP,
                   325 N. LaSalle Street
                   Chicago, IL 60654

Billing Date:      February 24, 2014      Fees Billed Thru Date: February 24, 2014      Costs Billed Thru Date: February 24, 2014

| Entire Accounts Receivable Aging for Client: 53064 - FRANCES GECKER, TRUSTEE FOR | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for Client | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 180 | 181 to 365 | 366 Plus |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Credit Limit:  2,000.00

**MATTERS ON THIS BILL**

| MATTER | FEES | COSTS | TOTAL |
|---|---|---|---|
| 00001 - GENERAL MATTERS | 15,512.50 | 0.00 | 15,512.50 |
| **TOTAL OF ALL MATTERS (1) ON THIS BILL** | 15,512.50 | 0.00 | 15,512.50 |

**Matter Information Section**

**Matter:  00001 - GENERAL MATTERS**
Billing Atty:      MLW       Michael L. Weissman          Bill Cycle: JaFMaApMyJnJlAuSOND
Initiating:        MLW       Michael L. Weissman          Misc 1:
Responsible:       MLW       Michael L. Weissman          Misc 2:
Alternate:         MRS       Morris R. Saunders           Misc 3:
Billing Group:                                            Matter Trust Bal.:  $0.00          Matter Pre-Paid Bal.:  $0.00
Class:             21
                                                          Long Style Name:
**Billing Instructions**
Bill Fomat:        01        Levin Standard
Fee Agrmnt:        MLW425    MLW at 425 all others at STD          0
Fee Override:

| Accounts Receivable Aging for Matter: 00001 - GENERAL MATTERS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Matter | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 180 | 181 to 365 | 366 Plus |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Fee Details for Matter: 00001 - GENERAL MATTERS**

| Date | Services | Bill/No-Bill | Atty | Actvy | Task | Event | Orig. Hours | Orig. Amount | Final Hours | Final Amount | Bill Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/13 | Receipt and review of Notice of Intent to Deny Licensure issued by the Illinois Department of Financial and Professional Regulation in No. 201304635; | | MLW | | | FG5466 | | | 0.30 | 127.50 | _____ |
| 06/07/13 | Telephone conference with W. Leggett re: Response to Notice of Intent to Deny Licensure; | | MLW | | | FG5467 | | | 0.70 | 297.50 | _____ |
| 06/10/13 | Conference with W. Leggett and L. Upshaw in connection with preparation of Answer to Notice of Intent to Deny Licensure; | | MLW | | | FG5475 | | | 0.90 | 382.50 | _____ |
| 06/18/13 | Worked on Applicant's Answer to Notice of Intent to Deny Licensure; | | MLW | | | FG5500 | | | 0.50 | 212.50 | _____ |
| 06/18/13 | Began draft of Sworn Statement of W. Leggett to be attached to Applicant's Answer to Notice of Intent to Deny Licensure; | | MLW | | | FG5513 | | | 1.00 | 425.00 | _____ |
| 06/21/13 | Telephone conference with W. Leggett to obtain information needed to prepare Sworn Statement to be attached to Applicant's Answer; | | MLW | | | FG5519 | | | 0.90 | 382.50 | _____ |
| 06/26/13 | Received  and reviewed documents  in connection with Chapter 11 proceeding  in the United States Bankruptcy Court for the Northern District of Illinois Docket No.11-07410 needed to prepare Answer | | MLW | | | FG5588 | | | 2.00 | 850.00 | _____ |

Client:   53064 - FRANCES GECKER, TRUSTEE FOR

**Matter: 00001 - GENERAL MATTERS**

Fee Details for Matter: 00001 - GENERAL MATTERS

| Date | Services | Bill/No-Bill | Atty | Actvy | Task | Event | Original (if different) Hours | Amount | Final Hours | Amount | Bill Amt |
|------|----------|--------------|------|-------|------|-------|--------|--------|-------|--------|---------|
| | Assistant, and member of the Board of the Illinois Department of Financial and Professional Regulation; | | | | | | | | | | |
| 08/08/13 | After recess of hearing received notice that no settlement of license dispute would be offered and that a full evidentiary hearing would be required and Illinois Department's discovery request; | | MLW | | | FG5719 | | | 0.60 | 255.00 | _____ |
| 08/27/13 | Telephone conference with D. Para, attorney for the Illinois Department of Financial and Professional Regulation re: extension of time for Applicant's compliance with discovery request; | | MLW | | | FG5725 | | | 0.30 | 127.50 | _____ |
| 08/27/13 | Telephone conferences with W. Leggett and L. Upshaw re: extension of time for discovery compliance and designation of documents to be produced and parties to be listed as potential witnesses; | | MLW | | | FG5728 | | | 1.50 | 637.50 | _____ |
| 08/28/13 | Telephone conference with M. Krohn of Chapter 7 Trustee's office re: decision of member of the Board of the Illinois Department of Financial and Professional regulation that full evidentiary hearing would be required; | | MLW | | | FG5721 | | | 0.40 | 170.00 | _____ |
| 08/28/13 | Correspondence with W. Leggett re: additional data needed for discovery compliance; | | MLW | | | FG5729 | | | 0.40 | 170.00 | _____ |
| 08/28/13 | Began work on draft of Applicant's Discovery Response and Notice of Filing and forwarded same to W. Leggett and M. Krohn for comment and review; | | MLW | | | FG6281 | | | 1.50 | 637.50 | _____ |
| 08/29/13 | Continued work on draft of Applicant's Response to Discovery and Notice of Filing; | | MLW | | | FG6285 | | | 1.30 | 552.50 | _____ |
| 09/09/13 | Appeared before Administrative Law Judge for status hearing and for entry of order setting new date for Applicant's compliance with discovery and new status date; | | MLW | | | FH3838 | | | 0.80 | 340.00 | _____ |
| 09/09/13 | Correspondence with W. Leggett re: Better Business Bureau complaint corrections and possible testimony by Better Business Bureau representative; | | MLW | | | FS1318 | | | 0.30 | 127.50 | _____ |
| 09/26/13 | Correspondence with W. Leggett and M. Krohn re: discovery compliance and preparation of business plan; | | MLW | | | FI7474 | | | 0.30 | 127.50 | _____ |
| 09/26/13 | Extended telephone conference with W. Leggett and L. Upshaw re: discovery compliance; | | MLW | | | FI7894 | | | 0.40 | 170.00 | _____ |
| 09/26/13 | Telephone conference with M. Krohn re: discovery compliance; | | MLW | | | FS1320 | | | 0.30 | 127.50 | _____ |
| 09/27/13 | Receipt and review of Business Plan forwarded by W. Leggett to be included in discovery compliance; | | MLW | | | FI8599 | | | 0.50 | 212.50 | _____ |
| 09/27/13 | Assembled documents to be submitted to Illinois Department of Business and Financial Regulation as discovery compliance; | | MLW | | | FS1306 | | | 0.50 | 212.50 | _____ |

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

Pre-Billing Report

Client:   53064 - FRANCES GECKER, TRUSTEE FOR
Matter:  00001 - GENERAL MATTERS

Fee Details for Matter: 00001 - GENERAL MATTERS

| Date | Services | Bill/No-Bill | Atty | Actvy | Task | Event | Original Hours | Amount | Final Hours | Amount | Bill Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/13 | Prepared Notice of Filing and Schedule of Compliance Materials; | | MLW | | | FS1307 | | | 0.40 | 170.00 | |
| 09/30/13 | Filed Applicant's discovery compliance with the Illinois Department of Financial and Professional Regulation; | | MLW | | | FI9357 | | | 0.40 | 170.00 | |
| 10/04/13 | Telephone conference with M. Krohn re: discovery compliance and scheduled status hearing; | | MLW | | | FJ4308 | | | 0.30 | 127.50 | |
| 10/24/13 | Telephone conference with D. Para, counsel for the Illinois Department of Financial and Professional Regulation, re: procedural matters; | | MLW | | | FK7609 | | | 0.50 | 212.50 | |
| 10/24/13 | Correspondence with W. Leggett re: scheduling of evidentiary hearing; | | MLW | | | FS1313 | | | 0.40 | 170.00 | |
| 10/25/13 | Prepared and filed Notice of Filing of Discovery compliance and Appearance; | | MLW | | | FK9017 | | | 0.30 | 127.50 | |
| 10/25/13 | Receipt and review of the Department's Amended Notice of Intent to Deny Licensure; | | MLW | | | FS1314 | | | 0.40 | 170.00 | |
| 10/25/13 | Forwarded Amended Notice to W. Leggett, L. Upshaw and M. Krohn with request for early conference call; | | MLW | | | FS1315 | | | 0.30 | 127.50 | |
| 10/28/13 | Further review of the Department's Amended Notice of Intent to Deny Licensure and exhibits; | | MLW | | | FL1607 | | | 0.60 | 255.00 | |
| 10/28/13 | Appearance before Administrative Law Judge for status report and for entry of order setting date for Response to Department's Amended Notice of Intent to Deny Licensure and next Status Date; | | MLW | | | FL1613 | | | 0.50 | 212.50 | |
| 10/28/13 | Telephone conference with W. Leggett re: documents needed to prepare Response to Amended Notice of Intent to Deny Licensure; | | MLW | | | FS1304 | | | 0.50 | 212.50 | |
| 10/29/13 | Forwarded Amended Notice to W. Leggett with comments on additional documents needed to frame Reply; | | MLW | | | FS1303 | | | 0.40 | 170.00 | |
| 11/11/13 | Receipt and review of document from Connecticut Banking Commission needed to prepare reply to Department's Amended Notice of Intent to Deny Licensure; | | MLW | | | FM0686 | | | 0.40 | 170.00 | |
| 11/11/13 | Telephone conference with W. Leggett to obtain information needed to prepare Reply; | | MLW | | | FS1326 | | | 0.40 | 170.00 | |
| 11/11/13 | Prepared draft of Reply to the Department's Amended Notice of Intent to Deny Licensure; | | MLW | | | FS1327 | | | 3.50 | 1,487.50 | |
| 11/19/13 | Receipt and review of Settlement Agreement reached with Insurance Commissioner in North Carolina; | | MLW | | | FM6125 | | | 0.40 | 170.00 | |
| 11/19/13 | Completed draft of Reply to Amended Notice to Deny Licensure; | | MLW | | | FS1328 | | | 0.50 | 212.50 | |
| 11/19/13 | Telephone conference with W. Leggett re: | | MLW | | | FS1329 | | | 0.30 | 127.50 | |

Client:   53064 - FRANCES GECKER, TRUSTEE FOR

**Matter: 00001 - GENERAL MATTERS**

**Fee Details for Matter: 00001 - GENERAL MATTERS**

| Date | Services | Bill/No-Bill | Atty | Codes Actvy | Task | Event | Original (if different) Hours | Amount | Final Hours | Amount | Bill Amt |
|------|----------|--------------|------|------|------|-------|-------|--------|-------|--------|----------|
| | North Carolina Settlement Agreement; | | | | | | | | | | |
| 11/19/13 | Forwarded draft of Reply to W. Leggett and L. Upshaw for review; | | MLW | | | FS1330 | | | 0.20 | 85.00 | _____ |
| 11/25/13 | Completed Applicant's Reply to Amended Notice of Intent to Deny Licensure; | | MLW | | | FN0066 | | | 0.20 | 85.00 | _____ |
| 11/25/13 | Filed Applicant's Reply with the Clerk of Court; | | MLW | | | FS1331 | | | 0.20 | 85.00 | _____ |
| 12/10/13 | In court before Administrative Law Judge to arrange for entry of order setting new trial date; | | MLW | | | FN8778 | | | 0.20 | 85.00 | _____ |
| 12/10/13 | Correspondence with W. Leggett re: new trial date; | | MLW | | | FS1305 | | | 0.10 | 42.50 | _____ |
| 01/13/14 | In court before Administrative Law Judge on status call and to arrange for entry of order setting new status date; | | MLW | | | FP6886 | | | 0.90 | 382.50 | _____ |
| 02/20/14 | Prepared Application for First and Final Request for compensation; | | MLW | | | FS1888 | | | 1.50 | 637.50 | _____ |

—————— Summary of FEES by Attorney Code ——————

| Atty Code | Attorney Name | Hours | Rate | Amount |
|-----------|---------------|-------|------|--------|
| MLW | Michael L. Weissman | 36.50 | 425.00 | 15,512.50 |
| | Total for Services | 36.50 | | 15,512.50 |

| | Hours | Amount |
|---|-------|--------|
| Billable time | 36.50 | 15,512.50 |
| Non-billable time | 0.00 | 0.00 |
| Suppressed time | 0.00 | 0.00 |
| *Amount billed - Fees* | | _____ |

| | |
|---|---|
| Total Fees this matter | 15,512.50 |
| Total Costs this matter | 0.00 |
| **Total Fees and Costs for Matter: 00001** | **$15,512.50** |

| | |
|---|---|
| Total Fees This Bill | $15,512.50 |
| Total Costs This Bill | $0.00 |
| **Total amount this bill** | **$15,512.50** |

| | | |
|---|---|---|
| $0.00 | Credit / Pre-paid balance | 0.00 |
| | *Credit / Pre-paid applied* | _____ |
| | Trust balance | 0.00 |
| | *Trust applied* | _____ |
| | *Courtesy Discount on Fees* | _____ |

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-07410 |
| | ) | |
| COLLECTORS TRAINING INSTITUTE OF | ) | Chapter 7 |
| ILLINOIS, INC., | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | Hearing Date:   April 22, 2014 |
| | ) | Hearing Time:   9:30 a.m. |
| | ) | Courtroom:       642 |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | ) |
| **COUNTY OF COOK** | ) |

I, Michael L. Weissman, being first duly sworn on oath, depose and state as follows:

1.      I am Of Counsel to the law firm of Levin & Ginsburg, Ltd. and I am authorized to execute this Affidavit. I am the Court-appointed Special Counsel for Frances Gecker, Chapter 7 Trustee in this case ("Trustee").

2.      I have prepared the Amended First and Final Application for Compensation and Expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I have performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      I have not previously received any payments for services rendered in connection with this case from the Trustee. I have not entered into any agreement or understanding with any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except for the law firm of Levin & Ginsburg, Ltd. where I am Of Counsel.

FURTHER AFFIANT SAYETH NOT.                    _Michael L. Weissman_
                                                                  Michael L. Weissman

Subscribed and Sworn to before me
this 27th day of March, 2014.

_Patricia A Price_
Notary Public

```
OFFICIAL SEAL
PATRICIA A PRICE
Notary Public - State of Illinois
My Commission Expires May 17, 2014
```

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

## CERTIFICATE OF SERVICE

I, Michael L. Weissman, an attorney, hereby certify that on March 27, 2014, a true and correct copy of the Amended First and Final Application of Michael L. Weissman for Allowance of Compensation and Expenses was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named the attached Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, true and correct copies were served upon the parties listed on the attached Service List via electronic mail, and/or first class U.S. mail, postage prepaid, as indicated.

_____ /s/ Michael L. Weissman _____

**IN RE: COLLECTORS TRAINING INSTITUTE OF ILLINOIS, INC.**
**NO. 11-07410**

**SERVICE LIST**

| | |
|---|---|
| <u>**VIA ELECTRONIC NOTICE**</u> | <u>**VIA ELECTRONIC NOTICE**</u> |

<table>
<tr>
<td>

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St
Room 873
Chicago, IL 60604

</td>
<td>

Ernesto D. Borges
Martin A. Lear
Law Offices of Ernesto D. Borges
105 W Madison, 23rd Floor
Chicago, IL 60602

</td>
</tr>
</table>

| | |
|---|---|
| <u>**VIA ELECTRONIC NOTICE**</u> | <u>**VIA ELECTRONIC NOTICE**</u> |

Christopher M. Cahill
Lowis & Gellen LLP
200 West Adams Street, Suite 1900
Chicago, IL 60606

Amy Knapp
Swanson Martin & Bell LLP
330 N Wabash, Suite 3300
Chicago, IL 60611

Mitchell A. Lieberman
Noonan & Lieberman LTD
105 W Adams
Suite 3000
Chicago, IL 60603

Tennessee Dept. Of Human Services
c/o Tennessee Attorney General's Office
Bankruptcy Division
POB 20207
Nashville, Tennessee 37202

AT&T Corp
Attn: James Grudus
One AT&T Way, Room 3A-218
Bedminster, NJ 07921

ACE American Insurance Company
c/o Joy Bernstein
436 Walnut Street
Philadelphia, PA 19106

ACE USA
POB 5105
Scranton, PA 18505

American Express Travel Related
Services Co., Inc. Corporate Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19366

Administration Building Operating
3333 W Arthington
Chicago, IL 60624

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions Inc.
1162 East Sonterra Bldg., Suite 130
San Antonia, TX 78258

Chubb Group of Insurance Companies
11 East Adams Street, Suite 800
Chicago, IL 60603

DFS Bankrupcty
One Del Way, Building 3
Mailstop RR3-63
Round Rock, TX 78708

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

## SERVICE LIST
### IN RE: COLLECTORS TRAINING INSTITUTE OF ILLINOIS, INC.
### NO. 11-07410

Department of the Treasury
Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Dilworth Paxson LLP
1500 Market Street
Suite 3500-E
Philadelphia, PA 19102

Duncan Solution
c/o Amanda Gibbs Nash
Reinhart Boerner Van Deuren SC
1000 North Eater Street, Suite 1000
Milwaukee, WI 53202

First Data Solutions
c/o Prince Altee Thomas
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 29204

Illinois Department of Employment Security
Attn: Amelia Yabes
33 South State Street, 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Unit
100 West Randolph Street, Suite 7-400
Chicago, IL 60601

Livevox, Inc.
Attn: Mark Mallah
450 Sansome Street, 9th Floor
San Francisco, CA 94111

Merilyn Williams
1254 S Spaulding
Chicago, IL 60623

Wallace Sims
Gerald F. Murray
326 South Lombard
Oak Park, IL 60302

Alan D. Lasko
Alan D Lasko & Associates, PC
29 S LaSalle Street
Chicago, IL 60603

CBC Innovis
POB 535595
Pittsburgh, PA 15253

Colby Smith
314 Lathrop Ave
Suite 602
Forest Park, IL 60130

Experian
Credit Data Operations
Department 1971
Los Angeles, CA 90088

Lason
MPB/HOV Services LLC 774260
4260 Solutions Center
Chicago, IL 60677

PCG Technology Services
106 West Germania
Suite 292
Chicago, IL 60610

Portfolio Inventory Management Systems
5400 Laurel Springs Parkway
Suite 1303
Suwanee, GA 30024

K:\EDSISS\DOCS\53064\00001\FS2400.DOCX

## IN RE: COLLECTORS TRAINING INSTITUTE OF ILLINOIS, INC.
### NO. 11-07410

Illinois Department of Revenue
POB 64338
Chicago, IL 60664

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604

Esther E. Tryban Telser, Senior Counsel
City of Chicago, Dept of Law
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Tessa McGrath
IRS-TE/GE Employee Plans
CHI-4913, Group 7634
230 South Dearborn Street
Chicago, IL 60604

D. Patrick Mullarkey
Tax Division (Dept of Justice)
POB 55
Ben Franklin Station
Washington, DC 20044

Patrick S. Layng
Office of the United States
Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, IL 60604